# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RICKY PATU,<br><br>*Plaintiff*<br>v.<br><br>SGT. TORRESCANO,<br><br>*Defendant* | )<br>)<br>)  Civil Action No. 4:16-CV-5027-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED for failure to comply with the filing fee requirements of 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian pursuant to 28 U.S.C. § 1914.

Date: June 7, 2016

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*